**No. 47992.**—Protests 603146–G, etc., of Ira G. Katz (New York).

Opinion by TILSON, J.   Certain of the items in question were stipulated to be similar to those the subject of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith some were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (5), and those entered or withdrawn for consumption subsequent to the effective date of the said trade agreement were held dutiable at 12½ percent under paragraph 1504 (b) (5) as claimed.